IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENARD DARNELL NEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR ALFONSO RIOS, JR.,<br><br>    Defendant.<br>_____ / | 1:11-cv-01393-MJS (PC)<br><br>ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>(ECF No. 9) |

    Plaintiff Denard Darnell Neal ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  Plaintiff has not paid the $350.00 filing fee, or submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On November 28, 2011, Plaintiff submitted an incorrect application to proceed in forma pauperis. (ECF No. 9.)

    Accordingly, IT IS HEREBY ORDERED that:

    Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this Order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

**Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   December 9, 2011              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE