1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                    FRESNO DIVISION
11

12   DENARD DARNELL NEAL,                 1:11-cv-01393-MJS (PC)

13            Plaintiff,                  ORDER GRANTING APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
14   v.
                                          (ECF No. 15)
15   HECTOR ALFONSO RIOS, JR.,                      and

16            Defendant.                  ORDER DIRECTING PAYMENT
                                          OF INMATE FILING FEE BY
17   _____/   FRESNO COUNTY JAIL

18          Plaintiff Denard Darnell Neal ("Plaintiff") is a prisoner proceeding pro se pursuant to 42

19   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

20   § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request

21   to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee

22   of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

23   payments in the amount of twenty percent of the preceding month's income credited to

24   Plaintiff's trust account.  Fresno County Jail is required to send to the Clerk of the Court

25   payments from Plaintiff's account each time the amount in the account exceeds $10.00, until

26   the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27          In accordance with the above and good cause appearing therefore, IT IS HEREBY

28   ORDERED that:

                                          -1-

1   1.   Plaintiff's application to proceed in forma pauperis is GRANTED;

2   **2.   The Sheriff of Fresno County Jail or his designee shall collect payments**

3   **from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the**

4   **preceding month's income credited to the prisoner's trust account and shall forward**

5   **those payments to the Clerk of the Court each time the amount in the account exceeds**

6   **$10.00,   in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been**

7   **collected and forwarded to the Clerk of the Court.   The payments shall be clearly**

8   **identified by the name and number assigned to this action.**

9   3.   The Clerk of the Court is directed to serve a copy of this Order and a copy

10  of Plaintiff's in forma pauperis application on the Sheriff of Fresno County Jail, via the Court's

11  electronic case filing system (CM/ECF).

12  4.   The Clerk of the Court is directed to serve a copy of this Order on the

13  Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

14  5.   Within sixty (60) days of the date of service of this Order, Plaintiff shall submit

15  a  certified copy of his prison trust account statement for the six-month period immediately

16  preceding the filing of the Complaint, if Plaintiff has not already done so.

17

18  IT IS SO ORDERED.

19  Dated:   March 13, 2012          /s/ *Michael J. Seng*

20                                  UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28